MARY B. HARTSHORNE, Respondent, v. HAROLD HARTSHORNE, Appellant.— Order unanimously modified by reducing the amount of counsel fee to the sum of $100, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LILLIAN STACK GOTTLIEB, Appellant, v. ARTHUR F. GOTTLIEB, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARIE WACHEWSKI, as Administratrix of the Estate of PETER WACHEWSKI, Deceased, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Another, Defendants, Impleaded with J. HENRY HOLLOWAY and EDWARD O'GORMAN, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CENTURY DINERS, INC., and JAMES J. PONZIO, Appellants, v. KULLMAN DINING CAR CO., INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted upon furnishing a surety company bond in the sum of $2,500. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Administrator, etc., of HYMAN GERMAN, Deceased, and Others, Appellants, v. BARNET GERMAIN and GERMAIN CHEMISTS, INC., Respondents.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motion to vacate items " 1 " and " 3 " of defendants' demand granted. Bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SALNER REALTY CORPORATION, Appellant, v. NANCY LEE MILLINERY, INC., and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted, providing that plaintiff's Exhibit 18 for identification be incorporated in the case on appeal. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.